**Dismissed and Opinion Filed January 9, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01155-CV

**PHYSICIANS AND ALLIED HEALTH PROFESSIONALS GROUP P.A. F/K/A MEDICAL EDGE HEALTHCARE GROUP, P.A., Appellant**

**V.**

**REX RAMSEY NICHOLS, ET AL., Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15001**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Bridges

Before the Court is appellant's January 5, 2015, agreed, unopposed motion to dismiss the appeal. In the motion, appellant requests we dismiss the appeal. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).

141155F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PHYSICIANS AND ALLIED HEALTH PROFESSIONALS GROUP P.A. F/K/A MEDICAL EDGE HEALTHCARE GROUP, P.A., Appellant

No. 05-14-01155-CV    V.

REX RAMSEY NICHOLS, ET AL., Appellees

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-10-15001.
Opinion delivered by Justice Bridges. Justices Lang-Miers and Myers participating.

Based on appellant's January 5, 2015, agreed, unopposed motion to dismiss the appeal, and in accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered January 9, 2015.